SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
PETER S. HECKER, Cal. Bar No. 66159
phecker@sheppardmullin.com
ANNA S. McLEAN, Cal. Bar No. 142233
amclean@sheppardmullin.com
MOLLY R. NEWLAND, Cal. Bar No. 244928
mnewland@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:   415-434-9100
Facsimile:    415-434-3947

Attorneys for Defendant
CENTERONE FINANCIAL SERVICES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE R. LIEDORFF, individually, on behalf of the general public, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CENTERONE FINANCIAL SERVICES LLC; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 3:08-cv-05455-MHP<br><br>**STIPULATION AND [PROPOSED] ORDER RE CONTINUATION OF MEDIATION DEADLINE [ADR L.R. 6-5; CIVIL L.R. 7-12]**<br><br>Complaint Filed October 3, 2008<br><br>Trial Date: None Set |

    WHEREAS, at the April 13, 2009 Case Management Conference, the Court referred this matter to ADR for mediation to be completed "within the next 90-120 days;"

    WHEREAS, the parties have conferred with the mediator appointed by the Court, J. Daniel Sharp of Folger, Levin & Kahn about scheduling a mediation;

    WHEREAS, given vacation schedules and other intervening commitments, the date that works best for the parties, the mediator, and the insurance carrier is August 20, 2009, several days after the 120-day deadline;

1  WHEREAS, the mediator, Mr. Sharp, supports this request for a brief continuance,

2  NOW, THEREFORE, the parties hereby stipulate and agree that the mediation deadline of

3  August 11, 2009, shall be continued to August 20, 2009, the date of the scheduled mediation.

4  IT IS SO STIPULATED.

5  Dated: June 29, 2009

6  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

8  By  /s/
   ANNA S. McLEAN

10  Attorneys for Defendant
    CENTERONE FINANCIAL SERVICES LLC

11  Dated: June 29, 2009

12  KEMNITZER ANDERSON BARRON & OGILVIE LLP

14  By  _____
    BRYAN KEMNITZER

16  Attorneys for Plaintiff
    MICHELLE LIEDORFF

18  PURSUANT TO STIPULATION, IT IS SO ORDERED.

19  Dated: June 30, 2009

    IT IS SO ORDERED
    Judge Marilyn H. Patel

    UNITED STATES DISTRICT COURT
    NORTHERN DISTRICT OF CALIFORNIA

2