SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
PETER S. HECKER, Cal. Bar No. 66159
phecker@sheppardmullin.com
ANNA S. McLEAN, Cal. Bar No. 142233
amclean@sheppardmullin.com
MOLLY R. NEWLAND, Cal. Bar No. 244928
mnewland@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:   415-434-9100
Facsimile:   415-434-3947

Attorneys for Defendant
CENTERONE FINANCIAL SERVICES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE R. LIEDORFF, individually, on behalf of the general public, and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>   v.<br><br>CENTERONE FINANCIAL SERVICES LLC; and DOES 1 through 50, inclusive,<br><br>              Defendants. | Case No. 4:08-cv-05455-PJH<br><br>**STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE AND HEARING DATE FOR MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>Complaint Filed October 3, 2008<br><br>Trial Date: None Set |

     WHEREAS, on January 29, 2010, Judge Marilyn Hall Patel issued an Order of Recusal and this matter was reassigned to the Oakland division and Judge Phyllis J. Hamilton;

     WHEREAS, all dates that had been scheduled by Judge Patel, including the Case Management Conference that was to have been held on February 10, 2010, were vacated;

     WHEREAS, Judge Hamilton's chambers advised, given that the parties have reached an agreement-in-principle to settle this matter, they should submit a proposed stipulation and order to

1  set a briefing schedule and hearing date for the motion for preliminary approval of this putative
2  class action settlement;
3       NOW, THEREFORE, the parties hereby stipulate and agree that the motion for
4  preliminary approval shall be heard on April 21, 2009 at 9:00 a.m. in Courtroom 3 of the Oakland
5  division of this Court; plaintiff's moving papers shall be filed on or before March 17, 2010;
6  defendant's joinder papers shall be filed on or before March 31, 2010, and any reply papers shall
7  be filed on or before April 7, 2010.
8       IT IS SO STIPULATED.
9  Dated: February___, 2010

10                         SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
11
12             By       / s / Anna S. McLean
                        ANNA S. McLEAN
13
                        Attorneys for Defendant
14                      CENTERONE FINANCIAL SERVICES LLC

15  Dated: February 2, 2010
16                         KEMNITZER BARRON & KRIEG LLP
17
18             By       _____
                        BRYAN KEMNITZER
19
                        Attorneys for Plaintiff
20                      MICHELLE LIEDORFF
21
22       PURSUANT TO STIPULATION, IT IS SO ORDERED.
23  Dated: FEB 12 2010
24
25                       _____
                         PHYLLIS J. HAMILTON
26                       UNITED STATES DISTRICT JUDGE
27
28