SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
PETER S. HECKER, Cal. Bar No. 66159
phecker@sheppardmullin.com
ANNA S. McLEAN, Cal. Bar No. 142233
amclean@sheppardmullin.com
MOLLY R. NEWLAND, Cal. Bar No. 244928
mnewland@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4109
Telephone:    415-434-9100
Facsimile:    415-434-3947

Attorneys for Defendant
CENTERONE FINANCIAL SERVICES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE R. LIEDORFF, individually, on behalf of the general public, and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>  v.<br><br>CENTERONE FINANCIAL SERVICES LLC; and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No. 4:08-cv-05455-PJH<br><br>**STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE AND HEARING DATE FOR MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>Complaint Filed October 3, 2008<br><br>Trial Date: None Set |

      WHEREAS, the parties previously stipulated and agreed that the motion for preliminary approval would be heard on April 21, 2009 at 9:00 a.m. in Courtroom 3 of the Oakland division of this Court, Plaintiff's moving papers would be filed on or before March 17, 2010, Defendant's joinder papers shall be filed on or before March 31, 2010, and any reply papers would be filed on or before April 7, 2010.;

1   set a briefing schedule and hearing date for the motion for preliminary approval of this putative

2   class action settlement;

3          NOW, THEREFORE, the parties hereby stipulate and agree that the motion for

4   preliminary approval shall be heard on April 28, 2009 at 9:00 a.m. in Courtroom 3 of the Oakland

5   division of this Court; plaintiff's moving papers shall be filed on or before March 24, 2010;

6   defendant's joinder papers shall be filed on or before April 7, 2010, and any reply papers shall be

7   filed on or before April 14, 2010.

8          IT IS SO STIPULATED.

9   Dated:  March 17, 2010

10                                  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

11

12                                  By _____ /s/ Anna S. McLean _____
                                                     ANNA S. McLEAN

13

14                                        Attorneys for Defendant
                                    CENTERONE FINANCIAL SERVICES LLC

15  Dated:  March ___, 2010

16                                  KEMNITZER BARRON & KRIEG LLP

17

18                                  By _____
                                          BRYAN KEMNITZER

19

20                                        Attorneys for Plaintiff
                                        MICHELLE LIEDORFF

21

22          PURSUANT TO STIPULATION, IT IS SO ORDERED.

23  Dated: _____

24

25  _____
                                        PHYLLIS J. HAMILTON

26                                  UNITED STATES DISTRICT JUDGE

27

28

W02-WEST:5NSM1\402458306.1                                      STIPULATION AND [PROPOSED] ORDER RE
                                                                PRELIMINARY APPROVAL HEARING

WHEREAS, the parties have worked diligently to prepare the final Settlement Agreement and Release, in order for Plaintiff to file the moving papers on March 17, 2010, but have been unable to do so.

WHEREAS, the parties estimate that the aforementioned documents will be completed within one week of the date of this stipulation

NOW, THEREFORE, the parties hereby stipulate and agree to CONTINUE the motion for preliminary approval, which shall be heard on April 28, 2009 at 9:00 a.m. in Courtroom 3 of the Oakland division of this Court, Plaintiff's moving papers shall be filed on or before March 24, 2010, Defendant's joinder papers shall be filed on or before April 7, 2010, and any reply papers shall be filed on or before April 14, 2010.

IT IS SO STIPULATED.

Dated:  March 17, 2010

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
                      ANNA S. McLEAN

Attorneys for Defendant
CENTERONE FINANCIAL SERVICES LLC

Dated:  March 17, 2010

KEMNITZER BARRON & KRIEG LLP

By _____
                      NANCY BARRON

Attorneys for Plaintiff
MICHELLE LIEDORFF

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  __3/18/2010_____

GRANTED
Judge Phyllis J. Hamilton

_____
PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

2

STIPULATION AND [PROPOSED] ORDER RE
PRELIMINARY APPROVAL HEARING