UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHELLE R. LIEDORFF,

    Plaintiff,

    v.

CENTERONE FINANCIAL SERVICES LLC,

    Defendants.
_____/

No. C 08-5455 PJH

**ORDER**

On March 24, 2010, pursuant to stipulation, plaintiff filed a motion for preliminary approval of the settlement of the above-entitled action, noticed for hearing on April 28, 2010. Plaintiff did not submit chambers copies of the motion papers. The clerk contacted plaintiff's counsel to remind him of the requirement that chambers copies be submitted. However, to date, no chambers copies have been received by the court.

If plaintiff's chambers copies are not delivered to the clerk's office by the 4:00 p.m. on Wednesday, April 14, 2010, the April 28, 2010 hearing date will be vacated. No new hearing date will be set until plaintiff complies with this order. In addition, any exhibits to any declarations must be tabbed.

**IT IS SO ORDERED.**

Dated: April 13, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge